# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEAL, INC., | ) |
|     Plaintiff, | ) <br> ) No. 3:20-cv- 00917-AVC |
| v. | ) <br> ) **ORAL ARGUMENT REQUESTED** |
| TWIN CITY FIRE INSURANCE COMPANY, | ) <br> ) |
|     Defendant. | ) <br> ) |

## DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Twin City Fire Insurance Company ("Twin City" or "Defendant") respectfully moves for Judgment on the Pleadings and requests that the Court dismiss all claims against it in the Class Action Complaint ("Complaint") of Plaintiff Leal, Inc. ("Plaintiff"). In this insurance-coverage dispute, Plaintiff assert claims for breach of contract and declaratory judgment premised on its assertion that its insurance policy provides coverage for COVID-related business interruption losses, but, as explained in the accompanying memorandum, Plaintiff's policy does not cover, and in fact expressly excludes, Plaintiff's claimed losses.

Considering Twin City's arguments, this Court should find that Plaintiff has failed to state a claim for relief and dismiss its Complaint with prejudice.

Dated this 7th day of April 2021.

                                          */s/ Sarah D. Gordon*
                                          Sarah D. Gordon
                                          *Admitted Pro Hac Vice*
                                          STEPTOE & JOHNSON LLP
                                          1330 Connecticut Avenue, NW

Washington, DC 20036
Phone: 202-429-8005
sgordon@steptoe.com

Anthony Anscombe
*Admitted Pro Hac Vice*
STEPTOE & JOHNSON LLP
227 West Monroe Street
Suite 4700
Chicago, IL 60606
Phone: 312-577-1265
aanscombe@steptoe.com

Gerald P. Dwyer Jr.
Bar # - ct20447
Peter R. Meggers
Bar # - ct29221
Stephani A. Roman
Bar # - ct30966
ROBINSON & COLE LLP
280 Trumbull Street
Sentinel, CT 06103
Phone: 860-275-8331
gdwyer@rc.com
pmeggers@rc.com

*Attorneys for Defendant Twin City Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the MOTION FOR JUDGMENT ON THE PLEADINGS has been furnished to all counsel of record by ECF on April 7, 2021.

*/s/  Gerald P. Dwyer Jr.*
Gerald P. Dwyer Jr.