# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEAL, INC., ) | |
| ) | |
| Plaintiff, ) | No. 3:20-cv-00917-AVC |
| ) | |
| v. ) | |
| ) | **ORAL ARGUMENT REQUESTED** |
| TWIN CITY FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF ANTHONY ANSCOMBE

1. I am a partner with Steptoe & Johnson LLP, counsel for Defendant Twin City Fire Insurance Company ("Twin City") in the above action. I submit this declaration in support of Twin City's motion for judgment on the pleadings.

2. Attached as Exhibit A is a true copy of Insurance Policy No. 33 SBA AD3737 SA between Leal, Inc. and Twin City Fire Insurance Company for the Policy Period June 17, 2019 to June 17, 2020 .

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Westport, Massachusetts
April 7, 2021

*/s/ Anthony Anscombe*
Anthony Anscombe