## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEAL, INC., <br>   Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY, <br>   Defendant. | : <br> : <br> : <br> : <br> :   CASE NO. 3:20-CV-00917 (AVC) <br> : <br> : <br> : <br> : |

## JUDGMENT

This action having come before the Court for consideration of the defendant's motion for judgment on the pleadings, before the Honorable Alfred V. Covello, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the defendant's motion for judgment on the pleadings on November 10, 2021, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant, Twin City Fire Insurance Company.

Dated at Hartford, Connecticut, this 10th day of November, 2021.

                                        ROBIN D. TABORA, Clerk

                                        By: /s/ Renée A. Alexander
                                            Renée A. Alexander
                                            Deputy Clerk

Entered on Docket: 11/10/2021